**IN THE MISSOURI COURT OF APPEALS
HANDDOWN LIST OF NOVEMBER 24, 2015
WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)
AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77452       Derrick L. Wooten, Sr. vs. State of Missouri


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)
AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD78137       State of Missouri vs. Kevin Darnell Smith